## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMC DEVELOPMENT, LLC, et al., <br><br>    Plaintiffs <br><br> v. <br><br> DISTRICT OF COLUMBIA, et al., <br><br>    Defendants | Case No. 13-CV-899 (GK) |

### DEFENDANT NOT-FOR-PROFIT HOSPITAL CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND CROSS-MOTION TO DISMISS SECOND AMENDED COMPLAINT

The Defendant, Not-For-Profit Hospital Corporation ("NFPHC"), opposes the granting of the Plaintiffs pending Motion for Leave To File Second Amended Complaint and in the alternative hereby cross moves to dismiss the Second Amended Complaint. In support of its combined opposition and cross motion, NFPHC relies on its Memorandum of Points and Authorities filed simultaneously herewith. Counsel for NFPHC has sought out Plaintiffs' position on the cross motion and state that Plaintiffs intend to file an opposition thereto.

Respectfully submitted,

POLSINELLI PC

Dated: September 28, 2015            /s/ Emil Hirsch
Emil Hirsch (DC Bar No. 930479)
Steven A. Pozefsky (DC Bar No. 477349)
1401 Eye Street, NW
Suite 800
Washington, DC 20005
Telephone: (202) 783-3300
Facsimile: (202) 783-3535
ehirsch@polsinelli.com
spozefsky@polsinelli.com

51296821.1